RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 10 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

District Court Of The Untied States

Northern District Of Georgia

JONAH ADDIS et al.,

      Plaintiff (s),

      v.

STATE OF GEORGIA
Agency CITY OF ATLANTA POLICE
DEPARTMENT, individually
DEPARTMENT OF DRIVERS SERVICES
Agency Motor Vehicle division, Individually
Secretary Spencer R. Moore Individually
Patrick Labat d/b/a Sheriff PATRICK LABAT,
individually
Joseph Varela d/b/a Officer JOSEPH VARELA,
individually

      All Defendant(s).

Case
**JURY TRIAL IS HEREBY
DEMANDED
City Of Atlanta
23TR002981
22TR088786**

**1:23-CV- 1538**

**COMPLAINT**

**STATEMENT OF JURISDICTION**

1. Plaintiff brings this action an affidavit, for money damages and other relief for violations of

the Fourth Amendment to the United States Constitution as made applicable to the states by

the Fourteenth Amendment to the United States Constitution to be made subject of an

unreasonable seizure. These claims are being brought against employees of Fulton County,

the Fulton County Sheriff's Department, City of Atlanta Police Department and/or the State of

Georgia through Public Law 85-554 [28 U.S.C. §§ 1331, and 1332], Public Law 96-170 [42

U.S.C. § 1983], Public Law 90-284 [18 U.S.C. §§ 241, and 242], Public Law 103-141 [42

U.S.C. § 2000bb, Religious Freedom Restoration Act of 1993], Public Law 39-26 [42 U.S.C. §

1981, 1866 Civil Rights Act], which establishes this court's jurisdiction. At all times material

to Plaintiff's claims, the Defendants were acting under color of state law and were state actors.

Plaintiff also makes pendent claims under the laws of Georgia as set forth below.

2. This Court also has jurisdiction over the claims in law this lawsuit pursuant to 28 U.S.C. §§ 1331, 1343(1),(2),(3) and(4), and under U.S.C 1985, 18 USC 241 and 242 and 1367.

3. The unlawful acts alleged herein occurred in Fulton County, Georgia. Thus venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

## STATEMENT OF THE PARTIES

4. Plaintiff, JONAH ADDIS proceeding *in propria persona sui juris* as, addis, Jonah, is a natural person a descendent from the American people and is a American citizen but not a U.S. Citizen, d/b/a YUNIS ADON EXPRESS TRUST above the age of majority (18) years, and currently conducts religious business activities in trust as, YUNIS ADON EL EXPRESS TRUST, in Georgia, Atlanta, County of Fulton. Venue in District Court Of The Untied States Northern District Of Georgia is just and proper.

5. Defendant, Spencer R. Moore is an Individual over the age of 18 years, and a resident of the United States doing business as the Commissioner of Georgia Department of Driver Services and is an employee or agent and State Actor of the state of Georgia. At all times relevant to this Complaint, Defendant was acting under color of law. Defendant is being sued in its individual capacity.  District Court Of The Untied States Northern District Of Georgia is just and proper.

6. Defendant, PATRICK LABAT is an Individual over the age of 18 years, and a resident of the United States doing business as the Sheriff in the State Of Georgia and is an employee or agent and State Actor of the state of georgia Fulton County. At all times relevant to this Complaint, Defendant was acting under color of law. Defendant is being sued in its individual capacity. District Court Of The Untied States Northern District Of Georgia is just and proper.

7. Defendant, JOSEPH VARELA is an Individual over the age of 18 years, and a resident of the United States doing business as OFFICER JOSEPH VARELA Badge # 4457 for the City of ATLANTA POLICE DEPARTMENT and is a employee or agent and State Actor of the state of georgia. At all times relevant to this Complaint, Defendant was acting under color of law. Defendant is being sued in its individual capacity.  District Court Of The Untied States Northern District Of Georgia is just and proper.

10. Defendant, GEORGIA DEPARTMENT OF MOTOR VEHICLES (DMV), Agency

Department of Driver Services is a Corporation, fictitious person, and currently conducts

business activities in Georgia, Atlanta, County of Fulton. At all times relevant to this Complaint,

Defendant was acting under color of law. Defendant is being sued in its individual capacity.

Venue in District Court Of The Untied States Northern District Of Georgia is just and proper.

11. Defendant, CITY OF ATLANTA POLICE DEPARTMENT is a Corporation, fictitious

person, and currently conducts business activities in Georgia, Atlanta, County of Fulton. At all

times relevant to this Complaint, Defendant was acting under color of law. Defendant is being

sued in its individual capacity.  Venue in District Court Of The Untied States Northern District

Of Georgia is just and proper.

### STATEMENT OF THE FACTS

**Stopped by Atlanta Police Department violation of my rights, false imprisonment without
due process**

12. On October 02, 2022,  at approximately 10:39 pm a marked City of Atlanta police patrol

operated by Officer JOSEPH VAREALA Badge #4457 car turned on his emergency lights and

sirens signaling to pull over JONAH ADDIS.  "ADDIS" once pulled over stoped and asked

officer "VAREALA" what was the emergency?  Officer JOSEPH VAREALA Badge #4457

alleged ADDIS made an improper turn and alleged that a "No Turn" sign was posted, along with

a "No Right Turn" and Multiple Straight-only arrows were posted of which Plaintiff DENYS.

ADDIS gave notice to Officer VAREALA that he was operating in his private capacity and was

not operating in a commercial capacity at this time.

13.Officer VAREALA asked for a drivers license of which ADDIS did not have on him and

instead showed a picture of a driver's license on his phone under duress.

14. Afterwards while speaking with ADDIS, officer alleged he came across a strong odor of an

alcoholic beverage on his breath of which ADDIS "DENIED"  Officer VAREALA asked if

ADDIS could participate in a field sobriety evaluation, and "ADDIS" said that he would but

stated that his balance might not be good because he had a bone graft surgery in college. Due to

issues from a prior medical operation the (bone graft) ADDIS could not perform the exercise in a

specified way so Addis refused to continue the exercise.

15. Officer VAREALA then asked ADDIS if he would take a preliminary breath test, but Addis refused an exercised his right to remain silent. Officer VAREALA then placed ADDIS under arrest for driving under the influence of alcohol and immediately read the GA implied consent for suspects age 21 or over ADDIS from that point ADDIS Remained silent. Addis was placed in the police car in handcuffs for thirty minutes or more, while Officer VAREALA continued his investigation.

16. Officer VAREALA spoke to Duwhan Bird (DOB 04/28/1974, OH OLN #RS977151) a private guest in ADDIS's automobile who allegedly stated that ADDIS had a couple of beers leaving the house (alleged body cam time stamp 00:16) of which ADDIS requested in discovery but they failed to produce the the body camera and dash camera. Duwhan Bird DENIED he made that statement. Officer VAREALA continued his alleged investigation and says he noticed a silver cup laying on the "driver's" floorboard, which had brown liquid residue in it, which had an odor of an alcoholic beverage, along with what looked like a puddle directly next to it. Officer VAREALA tested the silver cup using an intoximeter Alco-Sensor PBT, which tested positive for the presence of alcohol but when asked for the test results in discovery they did not produce any results of the alleged test.

17. ADDIS's private automobile was released to KEITH JACKSON (DOB 05/30/73, OH OLN #RF617217).

18. JONAH ADDIS was arrested and charged accordingly without due process of law (**Exhibit A**). Upon arrival, JONAH ADDIS's cell phone was released to the intake officer at the Atlanta Detention Center where he was booked under duress. Plaintiff was placed into a cell. Plaintiff remained in custody in the holding cell for approximately (48) hours. He was required to pay for a $1,000 Bond which included additional amounts of $315.00 for city jail fund (15%); county jail fund(10%); drivers education training fund (1.5% traffic only) and $100.00 for state indigent defense fund and police and prosecutors training fund; and $12.00 (three dollars per offense charged) for victim and witness assistance fund. For a total indebtedness of $1,427.00 for his release instead of being released on his own recognizance. After his release from jail on October 3rd 2020 at 22:39.

On October 14th 2022, A notice to appear was generated for Addis to appear on November 4th 2022. On October 14th 2022, Addis filed 1.) Motion of Estoppel And Motion To Intervene With

An Injunction and 2.) Addis filed Defendants request for Interrogatories and Production of Documents and Electronic Things (Discovery) on the court record on and served on the Plaintiff. The court failed to produce documents using Evasive and incomplete disclosure with the answer and response which is a failure to disclose, answer or respond and failed to permit inspection of evidence when it was requested. The Case was reset. A second Notice to appear was generated on March 06th 2023. Addis made a special appearance and did have the opportunity to be heard on his Discovery or be heard about the status of a drivers license. Addis was asked to enter a plea and he refused to enter a pleas because Addis did not receive Discovery or Production of Electronic Things to make a pleading. Addis did not make a plea of guilty or not-guilty and left the option blank because discovery and production of documents and electronic things were not received. The Court entered a plea of Not Guilty for Addis without his consent. On March 06th 2023, the case was Bound over to Fulton State Court and Disposition reported to GCIC.

On January 11th 2023, Addis was exercising his God given right to travel and was pulled over without probable cause or a warrant for an alleged expired tag, alleged suspended drivers license, alleged suspended registration and no insurance without a traffic infraction or threat to public safety. The The Officer wrote a citation (5944870) Case 23TR002981 for the alleged charge on March 27th 2023.

On February 3 2023 Addis filed in to evidence on the record and served to Plaintiff.

1.) A Notice of Motion And Challenge Jurisdiction And Motion To Dismiss

2.) Notice of Defendants request for Interrogatories and Production of Documents and Electronic Things (Discovery)

3.) Notice of Constitutional Jurisdictional Challenge and Notice of special Appearance. Addis did not Receive discovery or nor was Addis heard on his cause.

### 1st Cause of Action

19. Pursuant to Article XX Section III of the Constitution, 1877 State of Georgia.

Defendants Brian Kemp, Fani T. Willis, Patrick Labat, Darin Schierbaum, Spencer R Moore and Joseph Varela have been required by Oath of affirmation, to support and defend Plaintiff's rights

protected by the Constitution rights when or where they claim to have jurisdiction over or official duties with the Plaintiff.

20. The Plaintiff's rights where violated when he was falsely imprisoned without due process. There was no warrant, affidavit in support of warrant to stop and search ADDIS. Defendants VAREALA (on the authority of Defendants Labat) (on the 2nd in command and Authority of Schierbaum) falsely arrested Plaintiff without a warrant and without probable cause or arguable probable cause. At all relevant times, all Defendants were acting within the scope of their discretionary authority as City of Atlanta Police officers, Fulton county sheriff's deputies or as Fulton County district attorneys and/or as employees of the State of Georgia.

21. The actions of the police officers, deputy sheriffs, taken on behalf of the City of Atlanta Police Department under the Fulton County Sheriff's Office and the State of Georgia to deprive and/or chill Federal constitutional rights, state constitutional rights and state statutory rights of all similarly situated individuals. Upon information and belief, these actions were taken pursuant to a governmental custom, policy and/or procedure of unlawfully detaining, arresting, and prosecuting natural persons who exercise their constitutional right to refuse consent to an unlawful search and seizure.

22. Accordingly, these customs, polices and/or procedures should be preliminarily and permanently enjoined. In order to counter the unlawful customs, policies and/or procedures described herein, the named Defendants and all other county and state employees must be trained and educated in order to protect the constitutional, statutory, and common law rights of natural persons.

23. As a direct and proximate result of being unlawfully detained, unlawfully arrested, maliciously prosecuted without due process of law for exercising his constitutional right to refuse an unlawful search (i.e breathalyzer or blood test), as a result of being publicly defamed and humiliated with malice, and all other actions by Defendants ADDIS the Plaintiff has suffered significant damages.

25. Plaintiff missed his first Atlanta Falcons and Cleveland Browns game with his friends and family who traveled from Ohio to gift him tickets on the 50 yard line. That took place on the day the Plaintiff was arrested and caused undue stress on Plaintiff and his friends and family.

Plaintiff suffered loss of liberty, embarrassment, humiliation, pain and suffering, mental and emotional distress, and mental anguish among other injuries and damages.

## 2nd CAUSE OF ACTION

Pursuant to Article XX Section III of the Constitution, 1877 State of Georgia. Defendants Patrick Labat, Spencer R Moore and Joseph Varela have been required by Oath of affirmation, to support and defend Plaintiff s rights protected by the Constitution rights when or where they claim to have jurisdiction over or official duties with the Plaintiff .

20. The Plaintiff 's rights where violated when he was pulled over when there was no reasonable basis for believing that a crime may have been committed and there were no exigent circumstances to justify the warrantless stop without due process. There was no warrant, affidavit in support of warrant to stop and search ADDIS.  Defendants ATLANTA POLCE DEPARTMENT (on the authority of Defendants Labat) (on the 2nd in command and Authority of Schierbaum) through its officer VAREALA falsely stopped Plaintiff without a warrant and without probable cause or arguable probable cause.

At all relevant times, all Defendants were acting within the scope of their discretionary authority as City of Atlanta Police officers, Fulton county sheriff's deputies or as Fulton County district attorneys and/or as employees of the State of Georgia.

21. The actions of the police officers, deputy sheriffs, taken on behalf of the City of Atlanta

Police Department under the Fulton County Sheriff's Office and the State of Georgia to deprive

and/or chill Federal constitutional rights, state constitutional rights and state statutory rights of all

similarly situated individuals. Upon information and belief, these actions were taken pursuant to

a governmental custom, policy and/or procedure of unlawfully detaining, arresting, and

prosecuting natural persons  who exercise their constitutional right to refuse consent to an

unlawful search and seizure.

22. Accordingly, these customs, polices and/or procedures should be preliminarily and

permanently enjoined. In order to counter the unlawful customs, policies and/or procedures

described herein, the named Defendants and all other county and state employees must be trained

and educated in order to protect the constitutional, statutory, and common law rights of natural

persons.

23. As a direct and proximate result of being unlawfully detained to run a withdrawn drivers

license, Addis was maliciously prosecuted without due process of law for exercising his

constitutional right to travel when in fact Addis had no VALID contract with the DMV or

Georgia drivers services, as a result of being detained then given a unlawful citation by

defendants, and all other actions by Defendants ADDIS the Plaintiff  has suffered significant

damages.

25. Plaintiff can't travel to the store to get food for his home, or to work, or see family and

friends or pick his daughter up from school because of the anxiety of being pulled over. Plaintiff

can't operate in commerce to earn compensation to pay his bills for fear of being unlawfully

pulled over with out a warrant supported by oath and affirmation. Plaintiff being pulled over for

exercising his right to travel has caused undue stress on Plaintiff and his friends and family.

Plaintiff suffered loss of liberty, embarrassment, humiliation, pain and suffering, mental and

emotional distress, and mental anguish among other injuries and damages. Plaintiff Demanded

DMV to cancel License for Plain Error before infraction therefore Plaintiff had no contract to

receive a citation. (**Exhibit J2 Pages 1-7**)

## COUNT ONE
## UNLAWFUL INVESTIGATORY DETENTION
(Against Defendant Joseph Varela, City of Atlanta Police Department )
**Violation of the Fourth and Fourteenth Amendments Pursuant to** Public Law 85-554 [28
U.S.C. §§ 1331, and 1332], Public Law 96-170 [42 U.S.C. § 1983], Public Law 90-284 [18
U.S.C. §§ 241, and 242], Public Law 103-141 [42 U.S.C. § 2000bb, Religious Freedom
Restoration Act of 1993], Public Law 39-26 [42 U.S.C. § 1981, 1866 Civil Rights Act]
(Against Defendants,  for lawful and/or Equitable Relief)

26. The Plaintiff realleges all prior paragraphs as if set out here in full.

27. Under the Fourth Amendment to the United States Constitution, Plaintiff has a right to be

free from unreasonable searches and seizures, including search and seizure of his person and

effects. Plaintiff also has a constitutional right to remain silent and to peaceably refuse consent to

a search, regardless of whether an officer lawfully requests to search Plaintiff's person or

belongings.

28. On October 1, 2022, Defendants  VAREALA deprived Plaintiff of his Fourth Amendment

right to be secure in his person and free from unreasonable seizures by placing Plaintiff in

handcuffs and unlawfully detaining and arresting him at 3153 Peachtree Rd NE for over 30

minutes.

29. This action took place with full knowledge that there was no search warrant VEREALA did not have a warrant. This detention was not conducted in good faith and with disregard to Plaintiff's constitutional rights.

30. The Defendants' lacked probable cause and arguable probable cause to detain and arrest the Plaintiff for a minor traffic violation with a suspicion of alcohol.

31. Defendant VAREALA willfully, knowingly and purposefully and/or with deliberate indifference to deprive the Plaintiff of his constitutional rights when he unlawfully detained and arrested him.

32. Defendants have exceeded their jurisdiction, abused their discretion and they have acted outside the Lawful perimeters of their official duties.

33. They have grossly, willfully, wantonly, unlawfully, carelessly, recklessly, negligently, intentionally, maliciously, purposefully, and discriminatingly conspired to deprive Plaintiff of his Constitutional rights and they have refused, neglected or failed to protect Plaintiff from said conspiracy although they have been put on notice and they have a position to do so. **(See Dispositive Facts Exhibit J1 Pages 1-17)**

34. WHEREFORE, Plaintiff seeks such compensatory and punitive damages as a jury may reward, his costs and reasonable legal service' fees pursuant to 42 U.S.C. §1988, and any such other, different, and further relief which this Court finds he is entitled.


## COUNT TWO
## DEPRIVATION OF RELIGIOUS FREEDOM
(Against DMV and Spencer R. Moore)
**Violation of the First Amendment of the 1787 United States Constitution ART.VI § III**
**Violation of the 1877 Georgia Constitution Article I § 1 Par. XII**
Pursuant to Public Law 85-554, Public Law 96-170, Public Law 103-141, Public Law 39-26, Public Law 104-208, and violated Public Law 103-141 [42 U.S.C. § 2000bb], and Plaintiff's unalienable right to religious freedom guaranteed and protected, pursuant to the First Amendment of the 1787 United States Constitution, and the 1877 Georgia Constitution Article I § 1 Par. XII.
(Against Defendant, for lawful and/or Equitable Relief)


35. The Plaintiff re-alleges all prior paragraphs as if set out here in full.

36. The Defendant's unlawful arrest by state actor, shocked, substantially burdened, controlled, and interfered with the religious conscience of the Plaintiff, depriving him of his religious

freedom to worship his God through his religious observance and practice of taking care of his

good name pursuant to the ESV Bible, Proverbs 22:1, which states:

> *"A Good name is to be chosen rather than great riches,*
> *loving favor rather than silver and gold."*

The Defendants was given notice before the infraction that the issuance of license 056991721 to Jonah

Burton Addis, shocked and interfered with the religious conscience of the Plaintiff, and deprived him of

his religious freedom to worship his God through his religious observance and practice pursuant to the

ESV Bible, Philippians 3:20, Which States:

> *"But our citizenship is in heaven, and from it we await a Savior"*

**WHEREFORE** Plaintiff Demands the following ALL PHOTOS IMAGES, in the Trade name JONAH

BURTON ADDIS be permanently destroyed, deleted out of your system for a plain error.  It's a

misrepresentation and VOID as It has a mismatch name on the Birth Certificate "HOLMES" and on the

social security card "ADDIS".  It was demanded in writing for you to cancel this license before this

citation was issued when It was made known of the Error **(Exhibit J2 Pages 1-7)**


## COUNT THREE
## BREACH OF CONTRACT
### (Against Patrick Labat )
### NOTICE OF DEFENDANTS CONTRACTUAL OBLIGATION


37. The Plaintiff  re-alleges all prior paragraphs as if set out here in full.

38. The 1787 United States Constitution Article I Section 10 states:

*"No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility."*

39. The Defendant's negligence; given the urgency of this matter, lack of diligence, and failure to

assert the right of action, having free will and like knowledge of a voidable contractual

agreement, freely and deliberately without undue influence or restraint, acquiesced; consent

inferred from silence, ratified, consummated, and confirmed said Notice of Fault in Dishonor,

Notary's Certificate Of Service, Certificate of Non-Responce/Non-Performance and Certificate

of Administrative Judgment which created a Bona Fide Dispute Contract with Plaintiff (see

dispositive material fact, **(Exhibit J1Pages 1-17)**.

40. The Defendant; by way of acquiescence, consented to including but not limited to the

following: A.) agreed to put the name ADDIS, JONAH d/b/a JONAH ADDIS on the do

not stop, do not detain list for FOR GEORGIA and all the OTHER STATES.  B.) because

I also have a 9 billion dollar lien on the name that's my property you agreed to the charge

of $9,000.00 and up per minute and agree to Pay this amount to Yunis Adon EL Express

Trust in the name JONAH ADDIS for the trespass of my unalienable rights, protected by

the 1877 Georgia Constitution.  (see dispositive material fact, **Exhibit J1 Pages 1-17**).

MAXIM, *"Equity aids the vigilant, not those who slumber on their rights."*

MAXIM, *"Silence is agreement"*

MAXIM, *"When a loss must fall on one of two persons, it should be borne by*
*him whose act or negligence caused it"*

### COUNT FOUR

### UNLAWFUL ARREST

(Against Defendant Joseph Varela, City of Atlanta Police Department )

**Violation of the First Amendment of the 1787 United States Constitution ART.VI § III**

**Violation of the 1877 Georgia Constitution Article I § 1 Par. XII**

Pursuant to Public Law 85-554 [28 U.S.C. §§ 1331, and 1332], Public Law 96-170 [42 U.S.C. §

1983], Public Law 90-284 [18 U.S.C. §§ 241, and 242], Public Law 103-141 [42 U.S.C. §

2000bb, Religious Freedom Restoration Act of 1993], Public Law 39-26 [42 U.S.C. § 1981, 1866

Civil Rights Act]

(Against Defendant,  for lawful and/or Equitable Relief)

41. The Plaintiff  re-alleges all prior paragraphs as if set out here in full.

42. Under the Fourth Amendment to the United States Constitution, Plaintiff  has a right to be free from

unreasonable searches and seizures. Plaintiff also has a constitutional right to remain silent and to

peaceably refuse consent to a search, regardless of whether an officer lawfully requests to search Plaintiff

's person or belongings.

43. On October 1st, 2022, Defendant  VAREALA deprived Plaintiff of his Fourth Amendment right to

be secure in his person and free from unreasonable seizures by arresting him without a warrant, probable

cause, or arguable probable cause.

 44. No probable cause or arguable probable cause existed to arrest Plaintiff  because there were no facts

or circumstances within the knowledge of Defendant  VAREALA which would have caused a reasonable

officer to believe that Plaintiff  had committed or was about to commit an offense under the totality of the

circumstances.

45. Plaintiff  was arrested for driving under the influence without proof of alcohol or blood in his system

and no injured party present of which Plaintiff  DENIES.

46. Defendant refused to take a breathalyzer or blood test exercising his constitutional protected right to

remain silent.

47. Defendants violated Plaintiff 's constitutional rights which where clearly established at the time of his

arrest.

48. Defendants VAREALA acted willfully, knowingly and purposefully and/or with deliberate indifference to deprive the Plaintiff of his constitutional rights when they unlawfully arrested him for allegedly Driving under the influence without proof when Plaintiff exercised his right to remain silent and not submit to unreadable searches and seizers.

49.**WHEREFORE,** Plaintiff seeks such compensatory and punitive damages as a jury may reward, his cost and reasonable legal service fees pursuant to 42 U.S.C. §1988, and any such other, different, and further relief which this Court finds he is entitled.

**COUNT FIVE**

**FALSE IMPRISONMENT**

(Against Defendant Joseph Varela, City of Atlanta Police Department )

**Violation of the Fourth and Fourteenth Amendments**

Pursuant to Public Law 85-554 [28 U.S.C. §§ 1331, and 1332], Public Law 96-170 [42 U.S.C. §
1983], Public Law 90-284 [18 U.S.C. §§ 241, and 242], Public Law 103-141 [42 U.S.C. §
2000bb, Religious Freedom Restoration Act of 1993], Public Law 39-26 [42 U.S.C. § 1981, 1866
Civil Rights Act]

(Against Defendant,  for lawful and/or Equitable Relief)

50. The Plaintiff re-alleges all prior paragraphs as if set out here in full.

51. Under the Fourth Amendment to the United States Constitution, Plaintiff has a right to be free from unreasonable searches and seizures. Plaintiff also has a constitutional right to remain silent and to peaceably refuse consent to a search, regardless of whether an officer lawfully requests to search Plaintiff's person or belongings and a constitutional right to not be falsely detained and deprived of their liberty.

52. On October 1st, 2022 Defendants VAREALA deprived Plaintiff of his Fourth Amendment right to be secure in his person and free from unreasonable seizures by arresting him without a warrant, probable cause, or arguable probable cause and detaining him in the City of Atlanta Detention center for approximately forty eight hours (48) before he was released on bond. The Defendants also required Plaintiff to post bond instead of allowing him to be released on his own recognizance.

53. No probable cause or arguable probable cause existed to arrest Plaintiff at the time he was arrested because there were no facts or circumstances within the knowledge of the Defendant VAREALA which would have caused a reasonable officer to believe that Defendant had committed or was about to commit an offense under the totality of the circumstances.

54. Plaintiff was arrested for driving under the influence without proof of alcohol or blood in his system and no injured party present.

55. Plaintiff refused to take a breathalyzer test exercising his constitutional protected right to remain silent.

56. Defendant violated Plaintiff's constitutional rights which were clearly established at the time of his arrest.

57. Defendant VAREALA acted willfully, knowingly and purposefully and/or with deliberate indifference to deprive the Defendants of his constitutional rights when they unlawfully detained him.

58. This resulted in the Plaintiff being unlawfully detained and deprived of his personal liberty for a length of time. Defendant intended to confine the Plaintiff and through their actions caused this confinement of which the Plaintiff was conscious of the confinement and resulting harm.

59. The actions of these Defendants, taken on behalf of the City of Atlanta with over sight from the Fulton County Sheriff's Office and the State of Georgia to deprive and/or chill federal constitutional rights, state constitutional rights and state statutory rights of all similarly situated individuals. Upon information and belief, these actions were taken pursuant to a governmental custom, policy and/or procedure of unlawfully arresting and detaining natural persons who exercise their constitutional right to refuse consent to an unlawful search or seizure (**Exhibit A**)

60. The actions of the police officers, deputy sheriffs, taken on behalf of the City of Atlanta Police Department under the Fulton County Sheriff's Office and the State of Georgia deprive and/or chill Federal constitutional rights, state constitutional rights and state statutory rights of all similarly situated individuals. Upon information and belief, these actions were taken pursuant to a governmental custom, policy and/or procedure of unlawfully detaining, arresting, and prosecuting natural persons who exercise their constitutional right to refuse consent to an unlawful search and seizure. When he refused to voluntarily consent to a warrantless search.

## COUNT SIX

### EQUAL PROTECTION AND DUE PROCESS OF LAW
#### Violation of the Fifth and Fourteenth Amendments
#### (Against DMV, State of GEORGIA ,City of Atlanta Municipal court )

Pursuant to Public Law 85-554 [28 U.S.C. §§ 1331, and 1332], Public Law 96-170 [42 U.S.C. § 1983], Public Law 90-284 [18 U.S.C. §§ 241, and 242], Public Law 103-141 [42 U.S.C. § 2000bb, Religious Freedom Restoration Act of 1993], Public Law 39-26 [42 U.S.C. § 1981, 1866 Civil Rights Act]

Plaintiff license was suspended, withdrawn or revoked without due process of law and equal protection of the law. This is a legal obligation of all states. The Defendants did not give the plaintiff the opportunity to be heard or give him a hearing when requested so he could demonstrate his inability to pay a fine, cost, fee and/or assessment; they did not provide the opportunity of a hearing when requested, nor did they provide reasonable notice that the drivers license was suspended, withdrawn or canceled nor did they institute alternatives to full payment for any cost. As of March 29th 2023 the Plaintiff still hasn't had a court hearing and has incurred additional tickets, warrantless stops for expired tags, no license, and suspended registration while

exerting his right to travel and transporting his personal property which is not a mere privilege but a common law right. "Thompson V. Smith, 154 SE 579.

Plaintiff suffered a loss of liberty, embarrassment, humiliation, pain and suffering, mental and emotional distress, loss of finances, among other injuries and damages.

**WHEREFORE,** Plaintiff seeks such compensatory and punitive damages as a jury may reward, legal serve fees, and any such other, different, and further relief which this court finds he is entitled.

## COUNT SEVEN

### PETITION FOR AN EX PARTE PERMANENT RESTRAINING ORDER

63. The Plaintiff adopts and realleges all prior paragraphs of this pleasing as if set out here in full.

64. A Permanent Retraining Order is an equitable remedy that the District Court has the power and authority to grant.

65. The purpose of a permanent retraining order also known as order of protection or harassment order (hereinafter PRO) is to bar the defendants from harming American citizens. Demand injunctive relief per (**Exhibit J1 Page 1-3**) and issue An order suspending, modifying, restoring, or granting an injunction while appeal is pending to preserve the rights of the plaintiff to operate in commerce without imposition.

66. Permanently Retrain public officials from violating their Oaths of office with unlawful arrest, Bills of Attainder and letters of marquee reprisal attempting to possess, molest a people out of their private property until a final determination has been made on the merits.

67. **WHEREFORE,** Plaintiff seeks such compensatory, punitive, general, special, consequential, actual, and statutory damages as a jury may reward, and any such other, and further relief this Court finds Plaintiff lawfully and/or equitably entitled.

## CONGRESSIONAL QUESTIONS RAISED

68. The question's I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect—I hereby draw into question the validity of the Official Code of Georgia which includes General Statutes Enacted, the 39th, 40th and 41st congress and its construction of the United States for the district of columbia, its laws known as the Organic Act of 1871, Code of the District of Columbia, UNITED STATES CONSTITUTION: 14th, and 15th amendments, etc., its MILITARY STYLES and

PROCEEDINGS, including elections and whether its repugnant to the constitution of the United States, Treaties and general acts of congress as it affects my private rights, titles and immunities.

**Answer,Affirm or Deny** as following:

69. When did congress grant its magistrates/officers/agents/employees pro tempore in recess of congress committee of the states its courts/agents/Libelee(s)/ privateers/pirates the authority to issue or grant letters of marque/reprisals?

70. Was Congress intent and purpose for the FEDERAL GOVERNMENT and its municipal corporations (united states for the district of columbia) special legislation to Exceed the 10 miles square?

71. When Congress adopted the Bill of Rights was it the intent and Purpose for the People to be Secured in their persons, papers and effects?

72. Did Congress grant authority to make anything but gold and silver coin a tender in payment of debts; pass bills of attainder, ex post facto law, or law impairing the obligation of contracts?

73. When Congress adopted the Bill of Rights was it the intent and Purpose for the People to be deprived of life, liberty, or property to be taken for public use without just compensation?

74. Did Congress grant law enforcement officers to make arrest without a search warrant as permitted by the Fourth Amendment of the U.S. Constitution?

Did Congress grand State actors the right to infringe on the peoples religious beliefs and instructions?

## REQUIRED REDRESS OF GRIEVANCES

75. Defendant Complained of acts entitled Plaintiff to recover money damages from Defendants and from each of them as follows: Based on the lawful and factual allegations stated herein, the Plaintiff respectfully requires this Court to assume jurisdiction of this action and, after a trial by jury, provide lawful and/or equitable relief as follows:

1.  For General damages $5,000;

2.  For Punitive damages $100,000;

3.  This shall be payable to Plaintiff in Constitutional Lawful Money redeemable in gold or silver coin as set forth in Article 1 Sec. 10 of the constitution.

4.  Defendants herein are sued in their individual capacities and not as agents of the state of
    Georgia or the United States.

5.  This is a civil rights suit and not under the torts claims act.

6.  Render a judgment finding the defendant jointly and/or severally liable for the
    aforementioned causes of action;

7.  Render a judgment permanently enjoining Defendant from enforcing their customs, policies,
    patterns, and practices as described herein that violate Plaintiff 's constitutionally protected
    rights;

8.  Retaining jurisdiction over this action, order the Defendant to implement and enforce proper
    policies and practices including appropriate training and supervision to protect others from
    constitutional rights violations;

9.  Issue a Declaratory Judgment that confirm Defendants aforementioned contractual
    obligations with the Plaintiff ;

10. Issue an order requiring the Defendants to restore Plaintiff s good name and exonerate
    Plaintiff from any defamatory administrative orders, alleged names that do not apply to him
    by canceling the drivers license as he demanded be done; and

11. issue Plaintiff a proper ID/Passport or Travel document appropriate that will allow him to
    pass unmolested.

12. Grant to the Plaintiff any such and all other, lawful, equitable, further, different, general or
    special relief, the Plaintiff is entitled.

13. If defendants move to dismiss this suit, Plaintiff Demands that it be heard by the jury
demanded, and only be dismissed if the Jury considers it lacks merit.


### TRIAL BY JURY DEMANDED


Respectfully Submitted,

Addis, Jonah Vcc·1-7-7
ALL·AR RIGHTS

Addis, Jonah  Beneficiary
PETITONER
*In propria persona sui juris*
1244 GA Hwy 138 #1002
Riverdale, GA 30296

OF ALSP:
Addis, Jonah Beneficiary
1244 GA Hwy 138 #1002
Riverdale, GA 30296


### CERTIFICATE OF SERVICE FOR

I, Addis, Jonah , Certify that the forgoing: **COMPLAINT And Exhibits** have been served on all parties addressed as follows in interest to this action.  It is hereby certified that on the date noted below, that the undersigned, Served in interest to this action by depositing; a copy of the same in postpaid envelope(s) properly addressed to Recipient(s), in the U.S. Post Office: Registered, Certified and/or Express Mail.
by certified mail with return receipt requested on this, **7ᵗʰ Day of April, 2023**

Mail to Clerk of the Court for Northern District Of Georgia
Attn:  Clerk of Court Honorable Kevin P. Weimer
Richard B Russell Federal Building 2211 United States Courthouse
75 Ted Turner Drive, SW Atlanta, 30303-3309

### PLEASE SERVE THE FOLLOWING BY CERTIFIED MAIL

**Christopher Carr Attorney General and Attorney For Brian Kemp, State Of Georgia Department of Motor Vehicles City of Atlanta Police Department**
40 Capitol Square, SW Atlanta, GA 30334

**Nina Hickson City of Atlanta Attorney For Joseph Varela**
55 Trinity Avenue Suite 5000 Atlanta, Georgia 30303

**Fani T Willis Attorney for Sheriff Patrick Labat**
**Patrick Labat 141 Pryor St. SW Atlanta, GA 30303**

**Secretary Brad Raffensperger 214 State Capitol Atlanta, Georgia 30334 Registered Agent**

Hereinafter, "Recipient" the document(s) and sundry paper(s) which include the Following:

1.) Civil Complaint
2.) Certificate of Service
3.) Exhibits J1 Contract injunction sent to sheriff,
4.) Exhibit J2 Cancellation of Drivers License.
5) Exhibit A Arrest Report
6.) Exhibit B Color of Law Form

_____
Plaintiff

# Case # 222741970 - Arrest Report

| REPORT DATE / TIME | ZONE / BEAT / SUBDIVISION 4 / SUBDIVISION 5 | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Oct 3, 2022 08:27 | 2 / 206 | Oct 1, 2022 22:39 - Oct 3, 2022 22:39 |

| REPORT AUTHOR | BODY WORN CAMERA? |
|---|---|
| Joseph Varela #4457 | 1. Yes — Video Footage Available |

**REPORT TAKEN LOCATION**
3153 PEACHTREE RD NE, 3100 MATHIESON DR NE & 3000 BOLLING WAY NE, ATL, GA 30305

## NARRATIVE

See main report.

## ARREST #222741970-1 (ARRESTED ON SCENE (CITY JAIL))

| ARREST DATE / TIME | ARREST TYPE | ARRESTING OFFICER |
|---|---|---|
| Oct 1, 2022 22:39 | Arrested on Scene (City Jail) | Joseph Varela #4457 |

**CHARGE TYPE**
Traffic Misdemeanor Arrest

### ARRESTEE

| ARRESTEE NAME (LAST, FIRST MIDDLE) | SEX |
|---|---|
| D-1 ADDIS, JONAH B | Male |

| DOB / ESTIMATED AGE RANGE | RACE / ETHNICITY |
|---|---|
| 1973-09-20 | Black or African American / Not Hispanic Or Latino |

| PHONE NUMBER | EMAIL ADDRESS |
|---|---|

**HOME ADDRESS**
2683 MEADOWLAWN DR, MARIETTA, GA

| STATE ID NUMBER | ARRESTEE WAS ARMED WITH |
|---|---|
| 056991721 | Unarmed |

### ARREST LOCATION

**LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION**
3153 PEACHTREE RD NE

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| ATL | GA | 30305 | US |

| INTERSECTION STREET 1 | INTERSECTION STREET 2 |
|---|---|
| 3100 MATHIESON DR NE | 3000 BOLLING WAY NE |

| LOCATION CATEGORY | ZONE / BEAT / SUBDIVISION 4 / SUBDIVISION 5 |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | 2 / 206 |

### CHARGES

| CHARGES - 1 | | | COUNT |
|---|---|---|---|
| 40-6-391.A1|D.U.I./ALCOHOL (LESS SAFE) | | | 1 |

| ORIGINAL FILE # | OFFENSE CODE | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|---|
| 222741970 | Driving Under the Influence (90D) | Oct 1, 2022 22:39 | Oct 3, 2022 22:39 |

| CHARGES - 2 | | | COUNT |
|---|---|---|---|
| 40-6-390.A|RECKLESS DRIVNG | | | 1 |

| ORIGINAL FILE # | OFFENSE CODE | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|---|
| 222741970 | Driving Under the Influence (90D) | Oct 1, 2022 22:39 | Oct 3, 2022 22:39 |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Joseph Varela #4457   Oct 9, 2022 05:30 (e-signature) | Justin Brodnik #4083   Oct 9, 2022 15:08 (e-signature) |

| PRINT NAME | PRINT NAME |
|---|---|
| Joseph Varela #4457 | Justin Brodnik #4083 |

**Atlanta Police Department**
Mark3 RMS Form v2.0 generated by P. Clark #City Solicitor on Oct 26, 2022 13.12.

Pg 1 of 2

EXHIBIT "A"



The United States Civil Flag of
Peacetime

*1877 Georgia Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION I. Par. XIX. The civil authority shall be superior to the military*

Notice of Special Restricted Appearance : Yunis Adon El Beneficial Owner 1st Lien Holder of ADDIS JONAH BURTON Estate d/b/a JONAH BURTON ADDIS©®™

## THIRD NOTICE OF DEFAULT 02/16/2022

| | | |
|---|---|---|
| ADDIS JONAH BURTON corp.sole | § | Case Number: 2021-02016 |
| Dba. JONAH BURTON ADDIS | § | |
| v. | § | NOTICE OF MOTION AND |
| PUBLIC OFFICER Dba | § | MOTION TO INTERVENE |
| Patrick Labat dba Fulton County Sheriff | § | WITH AN INJUNCTION |

**NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE TO ALL GEORGIA STATE STATUTES WHERE No general law affecting private rights, shall be varied in any particular case, by special legislation, except with the free consent, in writing of all persons to be affected thereby; AND MOTION TO INTERVENE WITH AN INJUNCTION FOR NAME ADDIS JONAH BURTON dba JONAH BURTON ADDIS & NOTICE THAT ADDIS JONAH BURTON dba JONAH BURTON ADDIS registered agent for entity is Secretary of State of the State of OHIO as its agent upon whom a Notice of Claim against the public corporation may be served.**

*TAKE NOTICE THAT pursuant to* **1877 Georgia Constitution (as ratified without subsequent amendments)** *ARTICLE I.    BILL OF RIGHTS.    SECTION IV.*

Paragraph I. Laws of a general nature shall have uniform operation throughout the State, and no special law shall be enacted in any case for which provision has been made by an existing general law. No general law affecting private rights, shall be varied in any particular case, by special legislation, except with the free consent, in writing of all persons to be affected thereby; and no person under legal disability to contract, is capable of such consent.

Par. II. Legislative acts in violation of this Constitution, or the Constitution of the United States, are void, and the Judiciary shall so declare them.

**AND TAKE FURTHER NOTICE THAT** I, Yunis Adon El on of the PEOPLE 1st lien holder of the 14th amendment person ADDIS JONAH BURTON corp. sole dba JONAH BURTON ADDIS did not consent for me or my private property to being a 14th amendment citizen of the U.S. OR state of GEORGIA OR any other state in writing or any other consent, especially since this was done when I was a baby, when contracts like, the birth certificate was done and social security number was issued in the above mention names, which would have put me under legal disability to contract, and not capable of such a contract, as the above mention 1887 Georgia Constitution said. As a Private Moor I am under treaty protection and excessive equity jurisdiction, conferred by Treaty of 1787 Marrakech ARTICLE III §2.§§1., and ARTICLE VI.§1., §2. and §; the Judiciary Act of 1789 1 stat 73§9. and §11; and the Treaty of Tunis 1824 ARTICLE XII., to the exclusion of all other modes and proceedings, to adjudge this matter.

**AND TAKE FURTHER NOTICE THAT** I "Yunis Adon El" Reserve my right to sue you and all your agency and contractors for using my name or my property ADDIS JONAH BURTON dba JONAH BURTON ADDIS, JONAH ADDIS ens legis.

**AND TAKE FURTHER NOTICE THAT** the material facts giving rise to the both you swore to defend and protect brings a constitutional question are as follows:

"EXHIBIT J1"

1-17

The United States Civil Flag of
Peacetime



*1877 Georgia Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION I.  Par. XIX. The civil authority shall be superior to the military*
Notice of Special Restricted Appearance : Yunis Adon El  Beneficial Owner 1st Lien Holder of ADDIS JONAH BURTON Estate d/b/a  JONAH BURTON ADDIS©®™

1. *unalienable rights, protected by 1877 Georgia* Constitution (as ratified without subsequent amendments) and 1877 BILL OF RIGHTS,   right of travel has been violated; in the past .

2. *unalienable rights* were violated; *protected by 1877 Georgia* Constitution (as ratified without subsequent amendments) and 1877 BILL OF RIGHTS, Par. XVI. The right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, shall not be violated; and no warrant shall issue except upon probable cause, supported by oath, or affirmation, particularly describing the place, or places, to be searched, and the persons or things to be seized. violated; in the past .

**AND TAKE FURTHER NOTICE THAT** I DEMAND, for you to put the name ADDIS JONAH BURTON dba JONAH BURTON ADDIS ON **THE DO NOT STOP, DO NOT DETAIN LIST FOR GEORGIA and all the OTHER STATES**. I reserve all my rights protected by above said Georgia Constitution, Treaty of 1787 Marrakech ARTICLE III §2.§§1., and ARTICLE VI.§1., §2. and §; the Judiciary Act of 1789 1 stat 73§9. and §11; and the Treaty of Tunis 1824 ARTICLE XII., to the exclusion of all other modes and proceedings, to adjudge this matter. and don't waive any part of my rights, abide by your oaths to it. I also have a 9 billion dollar lien on the names that are my property and there will be a charge of $9,000.00 per hour and up 9,billion dollars against you and your agencies or contractors, which this is your contract where you agree to pay this amount to me Yunis Adon El in the Name JONAH BURTON ADDIS FOR THE TRESPASS of my *unalienable rights, protected by 1877 Georgia* Constitution and Treaty of 1787 Marrakech ARTICLE III §2.§§1., and ARTICLE VI.§1., §2. and §; the Judiciary Act of 1789 1 stat 73§9. and §11; and the Treaty of Tunis 1824 ARTICLE XII., to the exclusion of all other modes and proceedings, to adjudge this matter.

**AND TAKE FURTHER NOTICE THAT** THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence, you have 72 hrs. to answer, then this contract is law.

02/16, 2022 BY: _Addis, Jonah Burton_ .

addis, jonah burton *grantee/ grantor/beneficiary*
a private *Moor americas aboriginal ohioan national,*
*"but not citizen of the united states for the district of columbia,*
*nor the united states of america in congress assembled.*

2



The United States Civil Flag of
Peacetime

*1877 Georgia Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION I.    Par. XIX. The civil authority shall be superior to the military*

Notice of Special Restricted Appearance : Yunis Adon El  Beneficial Owner 1st Lien Holder of ADDIS JONAH BURTON Estate d/b/a  JONAH BURTON ADDIS©®™

UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107
**SPECIAL, PRIVATE, PRIORITY**

I am over the age of 18 and not party to the transaction regarding the papers mailed.

Ivan N Vassall III

Print Witness

Breyyana Walker

Print Witness

**JURAT**

(Georgia State)

Fulton County

**I HERBY DECLARE** that on this day before me n officer duly sworn, appeared <u>addis, jonah burton, Moor grantee/grantor/heir/beneficiary</u>, in Propria Persona Sui Juris (in proper person, in his own right) who has attained majoris aerates suae, in sui juris (Age of Majority in his own right) who has attained majoris aetatis suae, in sui juris (Age of Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as his manifest special intent and purpose.

NOTARY                              PRINT

*(Notary seal: RALPH GOURDINE, NOTARY PUBLIC, FULTON COUNTY, GA)*

Yunis Adon El, registered Owner
Of ADDIS JONAH BURTON corp. sole
Dba JONAH JBURTON ADDIS
c/o [1244] HWY 187 SW #1002 Riverdale Al Moroc GA Near, [30296] (323) 763-0087

TO:  Partick Labat
Administration Office

3



The United States Civil Flag of
Peacetime

*1877 Georgia Constitution (as ratified without subsequent amendments) ARTICLE I. BILL
OF RIGHTS. SECTION I. Par. XIX. The civil authority shall be superior to the military*
Notice of Special Restricted Appearance : Yunis Adon El Beneficial Owner 1st
Lien Holder of ADDIS JONAH BURTON Estate d/b/a JONAH BURTON
ADDIS©®™

Fulton County Justice Center Tower
185 Central Ave., S.W. Atlanta, Ga 30303

### CERTIFICATE OF SERVICE

I, Yunis Adon El, is a people called Moor for ADDIS JONAH BURTON, corp. sole dba. JONAH
BURTON ADDIS, JONAH ADDIS is to certify that I have this day served Sheriff Patrict Labat with this
**Notice of estoppel and stipulation by right of protection by Treaty and a Constitutional
Challenge to ALL GEORGIA STATE STATUTES etc: by REGISTERED MAIL RE 199 884 364 US**
Delivery thereon to ensure delivery: Dated this February day of 16th , 2022

addis, jonah burton *grantee/ grantor/beneficiary*
a private *Moor americas aboriginal ohioan national,*
*"but not citizen of the united states for the district of columbia,*
*nor the united states of america in congress assembled.*
UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107
**SPECIAL, PRIVATE, PRIORITY**

Yunis Adon El, registered Owner

of ADDIS JONA BURTON corp. sole

Dba JONAH BURTON ADDIS

c/o [1244] HWY 187 SW #1002 Riverdale Al Moroc GA Near, [30296]

# NOTICE OF INJUNCTION AND EXPLANATORY STATEMENT

**NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE TO ALL IRS COLLECTION PASSPORT PROCEDURES WHERE No bill of attainder, ex post facto law, law impairing the obligation of contracts shall ever be enacted; AND MOTION TO INTERVENE WITH AN INJUNCTION FOR NAME ADDIS, JONAH BURTON aka YUNIS ADON EL MOOR FREE INHABITANT NATIVE OHIOAN dba JONAH BURTON ADDIS  TAKE NOTICE THAT:**

These Explanatory Statements will remain as a part of this INJUNCTION TO ALL PUBLIC OFFICERS of the United States U.S.

*I declare that my name is Yunis Adon El aka ADDIS , Jonah Burton dba JONAH BURTON ADDIS,*

*Jonah Addis.*

*I am a Moor Free Inhabitant and native Ohioan, but not a Citizen of the United States, INGRESS in*

*Georgia.*

## Pursuant To the 1789 United States Constitution  Article VI Supremacy Clause:

### Clause 1:  All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

### Clause 2: This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

*TAKE NOTICE THAT according to the Constitution of the United States the Supreme Law of the Land it documents and treaties made before the adoption of the Constitution which would be the Articles of Confederation.*

PURSUANT TO : Articles of Confederation : March 1, 1781

ARTICLE I. The Stile of this Confederacy shall be

"The United States of America".

ARTICLE II. Each State retains its Sovereignty, freedom 1231.3
and independence, and every Power, Jurisdiction and
right, which is not by this confederation expressly delegated to the United States in Congress
assembled

ARTICLE III. The said states hereby severally enter into
a firm league of friendship with each other, for their common defence, the security of their Liberties, and their mutual and general welfare, binding themselves to assist
each other, against all force offered to, or attacks made upon them, or any of them, on account
of religion, sovereignty, trade, or any other pretence what so ever.

5

ARTICLE IV. The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union, the free inhabitants of each of these States, paupers, vagabonds, and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States; **and the people** of each State shall free ingress and regress (THE RIGHT TO TRAVEL) to and from any other State, and shall enjoy therein all the privileges of trade and commerce, subject to the same duties, impositions, and restrictions as the inhabitants thereof respectively, provided that such restrictions shall not extend so far as to prevent the removal of property imported into any State, to any other State, of which the owner is an inhabitant; provided also that no imposition, duties or restriction shall be laid by any State, on the property of the United States, or either of them. If any Person guilty of, or charged with treason, felony or other high misdemeanor in any state, shall flee from Justice, and be found in any of the united states, he shall upon demand of the Governor or executive power, of the state from which he fled, be delivered up and removed to the state having jurisdiction of his offence. Full faith and credit shall be given in each of these states to the records, acts and judicial proceedings of thecourts and magistrates of every other state.

**AND TAKE FURTHER NOTICE THAT**

1. **The name of the Confederation and the name of the government are one and the same.**

2. **Each State in the Confederation retains its sovereignty. So it can not be State of Georgia, etc according to the Articles of Confederation.**

3. **According to the Articles of Confederation you must protect my rights to Religious Freedoms.**

4. **According to the Articles of Confederation, I am a free inhabitant of each state, but not a Citizen of the United States.**

5. **According to the Articles of Confederation, I have free ingress and regress to and from any other State, which is the right to travel without impositions put upon me. (i.e. no restrictions on travel by land, sea or air.)**

6. **According to the Articles of Confederation, I shall enjoy therein all of the privileges of trade and commerce with no impositions. (i.e from the State or the United States.)**

7. **According to the Articles of Confederation no impositions duties or restrictions shall be made by ANY State, including yours.**

*PURSUANT TO : Articles of Confederation : October 20th, 1774*

**Article II:** We will neither import nor purchase, any slave imported after the first day of December next; after which time, we will wholly discontinue the slave trade, and will neither be concerned in it ourselves, nor will we hire our vessels, nor sell our commodities or manufactures to those who are concerned in it.

*AND TAKE FURTHER NOTICE THAT*

1. All Forms of Slavery was abolished in the United States Of America December 1st 1774. Which includes voluntary slavery, involuntary slavery and penal slavery, which is in direct conflict with the United States Constitution.

***TAKE NOTICE THAT*** *pursuant to* **1877 Georgia Constitution (as ratified without subsequent amendments)** *ARTICLE I.    BILL OF RIGHTS.    SECTION IV.*

Paragraph I. Laws of a general nature shall have uniform operation throughout the State, and no special law shall be enacted in any case for which provision has been made by an existing general law. No general law affecting private rights, shall be varied in any particular case, by special legislation, except with the free consent, in writing of all persons to be affected thereby; and no person under legal disability to contract, is

capable of such consent.

Par. II. Legislative acts in violation of this Constitution, or the

Constitution of the United States, are void, and the Judiciary shall so declare them.

*AND TAKE FURTHER NOTICE THAT*

*pursuant to* **1877 Georgia Constitution (as ratified without subsequent amendments)** *ARTICLE I.    BILL OF RIGHTS.    SECTION IV.*
1. All Contracts (i.e Birth certificates, social security numbers entered into while I was of legal disability i.e Infant or Baby are *void ab initio and you shall Declare them. Which means I was never a 14th Amendment citizen OR a United States Citizen  because it would go against the supreme laws of the land as I mentioned above, As I was a baby when this was  executed and puts me under a legal disability as mentioned above.*

*SO*
I demand you abide by your Oath of the United States Constitution and your state of Georgia constitution and treaties thereof.

In conclusion, the name of the Confederation and the name of the government are one and the same, each state and its confederation retains its sovereignty so it cannot be state of
Georgia eat according to the Articles Of Confederation.
According to the Articles of Confederation your bust protect my rights of Religious Freedoms.
According to the Articles of Confederation Im agree inhabitant of each state but not a citizen of the untied states.
According to the Articles of Confederation  I have free Ingress and Regress to and from any o ther state which is the right to travel without imposition upon me.
**Pursuant to Title 18 USC Code 1091 Genocide**

(a) Whoever, whether in time of peace or time of war and with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial, or religious group as such is committing Genocide.

Any attempt to deny me as a *Moor as I walk in the shoes of my ancestors  as a Free Inhabitant Native Ohioan National* will be construed as Genocide by attempting to take my

Nationality away from me.

**Pursuant to Treaty of Algiers 1796**

ARTICLE IV. Proper passports are to be given to all vessels of both parties, by which they are to be known. And, considering the distance between the two countries, eighteen months from the

7

date of this treaty shall be allowed for procuring such passports. During this interval the other papers belonging to such vessels shall be sufficient for their protection. PASSPORT/TRUST IDs.

**Pursuant to Treaty of Algiers 1975**

ARTICLE IXX. Should the Cruisers of Algiers capture any Vessel having Citizens of the United States of North America on board they having papers to Prove they are Really so they and their property Shall be immediately discharged and Shou'd the Vessels of the United States capture any Vessels of Nations at War with them having Subjects of this Regency on board they shall be treated in like Manner. PASSPORT/TRUST IDS

I, yunis adon el, AKA addis, Jonah Burton dba JONAH BURTON ADDIS, JO-NAH ADDIS hereby and forever, state, claim and declare I am not nor have I ever been a U.S. Citizen or U.S. National.  According to 28.U.S. Code § 3002 (15) "United States" means-(A) a federal corporation; and a corporation is an artificial person by legal fiction, and an artificial person has no rights except those conferred by contract. As a natural person, it is impossible for me to be born or naturalized into the Federal corporation known as United States.

**TAKE FURTHER NOTICE THAT**

THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acqui-escence, you have 72 hrs. to answer, then this contract is law.

I Yunis Adon El, Declare and Let it a trust be known by all immigration clerks and the Secretaries of State,  Supreme Court Judge and Clerks for now, and forever *I am a Moor/ Americas Aboriginal national "but not a citizen of the United States.,"* nor will I ever be a U.S. Citizen or U.S. National.  You have three (3) days to bring forth your proof that I am.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct.

Executed On _02-16-2021_ By: _____

Addis, Jonah Burton

without the United States

**Rescission of Signatures:**

I also wish to make it clear that I am not a statutory citizen and make no claim of statutory citizenship created by any State or Federal government. I hereby extinguish, rescind, revoke, cancel, abrogate, annul, nullify, discharge, and make void *ab initio* all signatures belonging to me, on all previously filed SS-5, Internal Revenue Service; W-4 Forms, 1040 Forms and all State Income Tax Forms (if any) and all powers of attorney, real and/or implied, connected thereto on the grounds that my purported consent was voluntary and freely obtained, but was made through mistake, duress, fraud, and undue influence exercised by any

8

or all governments (State or Federal) any agency and/or employers. Pursuant to Contract Law; **"all previously signed Federal and State forms are, hereby, extinguished by this rescission".**

Any alleged consent is null and void as it was given under duress, by mistake, and/or by fraud. Notwithstanding any information which you may have to the contrary, any forms that have been filed, and any implied quasi contracts that you may have with me, were filed illegally and unlawfully and are without force and/or effect.

I further revoke, rescind and make void *ab initio* all powers of attorney pertaining to me from any and all governmental, quasi, colorable agencies and/or Departments created under the authority of Art. I, Sec. 8, Cl. 17, and/or Art. IV, Sec. 3, Cl. 2 of the Constitution for the United States of America.

I preserve all of my unalienable Rights that are inherent from my Creator, at all times.

I declare under penalty of perjury under the Laws of the United States of America that the statements made on this passport application and within this statement are true, correct. executed on ~~02-16-22~~ by _Adon, Jonah Holmes_

**With explicit Reservation of All Rights, Without Prejudice, Non Assumpsit, without the United States [28 USC 1746 (1)]**

_Holmes Jonah Bah  Adon, Jonah Bah_
**[Yunis Adon El aka Holmes, Jonah Burton dba JONAH BURTON ADDIS]**
**[4015 Redan Rd Suite 20 Stone Mountain, Georgia] near; [30083], America**

## JURAT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Georgia

County of _Fulton_

Subscribed and sworn to (or affirmed) before me on this _17_ day of _February_, 20 _22_, by _Adon, Jonah Bul_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Ralph Gand_



# State of <u>Georgia</u>
## *By His Excellency BRIAN P. KEMP*
### *Governor of said State*



2021 JAN -5 P 1: 25

To the Honorable _____ Judge of the Probate Court of Fulton County

**WHEREAS, I have this day commissioned PATRICK L LABAT**
**SHERIFF**

Term: **JANUARY 01, 2021 UNTIL DECEMBER 31, 2024**

AND WHEREAS, the said person cannot attend at the Executive Department to qualify for his/her said office, without great inconvenience, I have selected you to administer to him/her the oath of office herewith send, and upon his/her taking and subscribing the same, and giving any bond as required by law, you will certify your proceedings to me, that the same may become a record.

Given under my hand and the seal of the Executive Department, at the Capitol, in the City of Atlanta, the **15TH** day of **DECEMBER** in the year of our Lord Two Thousand and **TWENTY**.

$B:P.h$

By the Governor,

_____
**Governor**

_Marsha Richardson_

_____
**Executive Secretary**

null

I, the undersigned, do hereby certify to the Governor, that in obedience to the foregoing DEDIMUS POTESTATEM, **PATRICK L LABAT** has come before me and taken and subscribed the Official Oath, which was sent from the Executive Department for him/her, dated this date, and I have delivered his/her commission.

Given under my hand and official signature, this _____ 29th _____ day

of ___December___ , 2020 .

_____
Pinkie T. Toomer, Judge
Fulton County Probate Court

**DIRECTIONS**

This Dedimus and certificate, when executed, should be returned to the Secretary of State.

The Oath for officers whose general duties are not confined to any one county, unless otherwise provided, should be returned with this dedimus; others should be filed as provided in Official Code of Georgia Annotated 45-3-4.

The Bond, for Judge of Probate Court only, should be approved by the Judge of Superior Court and returned with this dedimus, as provided in Official Code of Georgia Annotated 15-9-8.

10

Georgia Code Title 45. Public Officers and Employees § 45-3-1 | FindLaw          https://codes.findlaw.com/ga/title-45-public-officers-and-employees/ga-c...

≡                          Cases & Codes (https://caselaw.findlaw.com/)    Practice Management (https://search FindLaw

(https://lp.findlaw.com/)

...

FINDLAW (HTTPS://LP.FINDLAW.COM/)   /   CODES (HTTPS://CODES.FINDLAW.COM/)   /
GEORGIA (HTTPS://CODES.FINDLAW.COM/GA/)   /
TITLE 45. PUBLIC OFFICERS AND EMPLOYEES (HTTPS://CODES.FINDLAW.COM/GA/TITLE-45-PUBLIC-
OFFICERS-AND-EMPLOYEES/)   /
§ 45-3-1

# Georgia Code Title 45. Public Officers and Employees § 45-3-1

Current as of April 14, 2021 | Updated by FindLaw Staff
(https://www.findlaw.com/company/our-team.html)

## Search Georgia Code

**Search by Keyword or Citation**

Enter Keyword or Citation                                  SEARCH

‹ Prev (https://codes.findlaw.com/ga/title-45-public-officers-and-employees/ga-code-
sect-45-2-45.html)

Next » (https://codes.findlaw.com/ga/title-45-public-officers-and-employees/ga-code-
sect-45-3-2.html)

Every public officer shall:

(1) Take the oath of office;

(2) Take any oath prescribed by the Constitution of Georgia;

(3) Swear that he or she is not the holder of any unaccounted for public money due this state or any political subdivision or authority thereof;

## Latest Blog Posts

- Lawsuit Accuses Prestigious Universities of Colluding on Financial Aid (https://www.findlaw.com/legalblogs/practice-of-law/lawsuit-accuses-prestigious-universities-of-colluding-on-financial-aid/)

- The SCOTUS Vaccine Mandate Cases Are Pretty Unique (https://www.findlaw.com/legalblogs/supreme-court/the-scotus-vaccine-mandate-cases-are-pretty-unique/)

- Prenatal Genetic Tests: How Have They Escaped FDA-Regulation and What Options Do Potential Litigants Have? (https://www.findlaw.com/legalblogs/strategist/prenatal-genetic-tests-how-have-they-escaped-fda-regulation-and-what-options-do-potential-litigants-have/)

- Jury Finds Theranos Founder Elizabeth Holmes Guilty on Four of Eleven Criminal Charges (https://www.findlaw.com/legalblogs/technologist/jury-finds-theranos-founder-elizabeth-holmes-guilty-

Georgia Code Title 45. Public Officers and Employees § 45-3-1 | FindLaw    https://codes.findlaw.com/ga/title-45-public-officers-and-employees/ga-c...

(4) Swear that he or she is not the holder of any office of trust under the government of the United States, any other state, or any foreign state which he or she is by the laws of the State of Georgia prohibited from holding;

(5) Swear that he or she is otherwise qualified to hold said office according to the Constitution and laws of Georgia;

(6) Swear that he or she will support the Constitution of the United States and of this state; and

(7) If elected by any circuit or district, swear that he or she has been a resident thereof for the time required by the Constitution and laws of this state.

« Prev (https://codes.findlaw.com/ga/title-45-public-officers-and-employees/ga-code-sect-45-2-45.html)

Next » (https://codes.findlaw.com/ga/title-45-public-officers-and-employees/ga-code-sect-45-3-2.html)

Read this complete Georgia Code Title 45. Public Officers and Employees § 45-3-1 on Westlaw (https://1.next.westlaw.com/Document /IB2E093604E2911EBB5CDCE60051C9D63 /View/FullText.html?originationContext=documenttoc& transitionType=CategoryPageItem&contextData=(sc.Default))

FindLaw Codes are provided courtesy of Thomson Reuters Westlaw, the industry-leading online legal research system (https://legalsolutions.thomsonreuters.com/law-products/westlaw-legal-research/). For more detailed codes research information, including annotations and citations, please visit Westlaw (https://www.westlaw.com/).

FindLaw Codes may not reflect the most recent version of the law in your jurisdiction. Please verify the status of the code you are researching with the state legislature or via Westlaw before relying on it for your legal needs.

on-four-of-eleven-criminal-charges/)
View More »
(https://www.findlaw.com /legalblogs/)

BACK TO TOP

SHARES

2/16/22, 8:38 PM

## NOTICE OF FAULT IN DISHONOR

Registered Mail #:**RE199884364US**

Notice date:      February 16, 2022

Claimant(s):      Addis, Jonah Burton Yunis Adon El Express Trust
*Service by and respond to:*
**c/o Ralgh Gourdine, Notary Public**
**1244 Hwy 138 SW #1002 Riverdale GA 30296**

Respondent(s):   The Honorable **PATRICK LABAT d/b/a SHERIFF PATRICK LABAT**
**FULTON OCUNTY JUSTICE CENTER 185 CENTRAL AVE S.W. ATLANTA GA 30303**

Reference:        :**Addis, jonah burton Moor Grantee/Grantor Beneficiary**
**RE:JONAH ADDIS TRUST**
**CIVIL ACCOUNT NUMBER 2018CV309745**

### STATEMENT OF FACTS

1. Notice of claim was sent for my rights been violated in the past 1st notice was sent **certified mail 7016 1970 0001 0609 7086 was sent September 17th 2017, 2nd notice was sent November 2nd 2017:7016 2070 0000 2843 7263 NOD third and final notice was sent and signed on or around 11/30/2017: 7017 2400 0000 3036 6311.** Three mailings were sent to previous Sheriff, the Honorable Theodore Jackson  as such notice should have been updated in your system for when you took office. I have attached an updated injunction, notice and explanatory statement for you and your staff on behalf of the following names:JONAH ADDIS, JONAH BURTON ADDIS, YUNIS ADON EL, JONAH HOLMES DOB 09/20/1973.  You Office also imputed an incorrect date of birth and race after they were informed of the correct date and race. 09/27/1973 incorrect Race Black is incorrect. Please correct the Race and Nationality in your system to Moor not any other race doing so will be considered corruption of the blood. I don't consent to Black, Negro, African American as my race classification. **My Race is Moor. Im from a people called Moor. Not a people called BLACK.**

2. The names **JONAH ADDIS, JONAH BURTON ADDIS, JONAH BURTON HOLMES, YUNIS ADON EL Should be on the DO NOT DETAIN list see attached injunction. Please update your records accordingly.**

3. jonah addis is subject of the al-moroc Moor Sheerefian empire not a subject or citizen of the united states and is of a different jurisdiction.

4. jonah addis placed his status as a moor aboriginal americas national ingress in fulton county georgia, Gwinnett county Georgia and made a declaration of race and nationality and declared he is not a citizen of the united states, district of columbia, united states of America in congress assembled. Jonah Addis is under TRUST with specific bylaws he is bound to follow per his treaty.  Nevertheless your department fails to acknowledge his unique political status and bylaws of his trust and are therefore causing irreparable harm to addis.

5. Irreparable harm was done to Jonah addis. addis was wrongly arrested for an erroneous contempt charge issued by judge Henry M. Newkirk of which damages are being sought. Your department had to abide by the judges orders but were also alerted of the unlawful arrest via the  efiling system which notice was also given to your department as Proof of services. The judges Orders go against the obligation of a private contract and are void because they are repugnant against the Constitution of the united states of america, georgia state constitution and the treaties thereof.

13

6. The Unlawful detainment of addis has caused irreparable harm such as loss of business, for example addis started a new contract 01-10-2022 and was arrested on 01-19-2022 and detained for 10 days until 01-29- 2022 Addis lost his contract. Addis was scheduled to complete a new book and online course to uplift fallen humanity and his TURST invested marketing dollars and addis could not deliver on his due date causing addis irreparable harm to his reputation and caused the business to lose business.

7. Please see attached injunction sent to you Registered mail **RE199884364US**, I urge you to please update this document in your system as you can face additional claims for damages in your personal capacity, against your Bond as you took you oath to uphold to faithfully execute all writs, warrants, precepts, and processes directed to you as sheriff of this county, or which are directed to all sheriffs of this state, or to any other sheriff specially, **which you can lawfully execute,** and true returns make, and win all tings well and truly, **without malice to partiality.**

8. Sheriff Labat you have been noticed via an INJUNCTION and NOTICE WITH and explanatory statement. Sheriff Labat You also took an oath to the best of your ability, to preserve, protect and defend the Constitution thereof and the Constitution of the United States. That also includes the Treaties thereof. *I accept your oaths of office and have included a copy of your oath to be attached as exhibits to my injunction as well as the Private ID's I travel with.* Sheriff Labat with the upmost respect for you and your position. I pledge to remain honorable and be the best Moor I can be promoting Love, Peace, Truth, Freedom and Justice. I ask that you be honorable to your oath and respect my political status and my people and people called Moor.

The previous respondents have Failed to respond to the several notices sent and now will constitute, as an operation of law, the FINAL admission of the facts set forth in the Presentment by Respondent(s) through tacit procuration to the Presentment and the whole matter shall be deemed res judicata and stare decisis.

Response by Respondent(s) must be served on Claimant exactly as provided:

**Ralgh Gourdine, Notary Public**

IN WITNESS WHEREOF I hereunto set my hand and seal on this 16 th day of February 2022 and hereby certify all the statements made above are true, correct and complete.

Date: **February 16,2022**                         Claimant: _____ **(Seal)**
                                                                    Addis jonah Burton Moor Grantor beneficiary

State of   Georgia              )
                                )  ss:                    **JURAT**
County of Fulton                )

Subscribed and sworn to (or affirmed) before me on this ___16th___ day of ____**February**____, __2022_, by **Ralgh Gourdine**_____, proved to me on the basis of satisfactory evidence to be the person who appeared before me.



_____
Signature

14

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public mailed to:

**PATRICK LABAT d/b/a SHERIFF PATRICK LABAT FULTON OCUNTY JUSTICE CENTER 185 CENTRAL AVE S.W. ATLANTA GA 30303**

### Attn: Sheriff Patrick Labat

hereinafter, "Recipient," the documents and sundry papers pertaining to a certain case 2018CV309745 and Account regarding ADDIS JONAH as follows:

1. **NOTICE OF FAULT IN DISHONOR**, issued by addis, jonah burton and dated february 16 2022 : and
2. reference copy of this **Notary's Certificate of Service** (signed original on file)
3. INJUNCTION NOD and Explanatory Statement
4. Copy of Sheriff Oath of Office
5. National ID's Addis Travel's with

by **Registered Mail No. RE199884364US** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Georgia.

_____
NOTARY PUBLIC

**February 16, 2022**
DATE

(Seal)

(Stamp)

My commission expires: 10/22/2022

Ralgh Gourdine, Notary Public
Address: 964 RD Afternathy Bld ATL GA 30310

15

## CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE

STATE OF GEORGIA    )
                    ) ss
COUNTY OF FULTON)

**PRESENTMENT**    Be it known, that, the person signing below, a duly empowered Notary Public, at the request

addidt jonah burton yunis adon el trust _____    In care of __ % 3873 lake sanctuary way Atlanta GA 30349 _____ ;
Claimant                                                        Address

did duly present on __February 16, 2022__ the attached __AFFIDAVIT OF NOTARY PRESENTMENT SENT REGISTERED MAIL__ dated __2nd__ DECEMBER 27 2021
mailing on February 3rd 2022

to    PATRICK LABAT d/b/a SHERIFF PATRICK LABAT
_____

Respondent(s)

signed by __RALGH GOURDINE__ attest to PROOF OF MAILING BY REGISTERED MAIL inspecting documents mailed to the following parties with certification of mailing
the time limit having elapsed for a timely response and/or performance thereto.

**DEFAULT Summary Judgement** Whereupon, the Notary Public signing below, for the reason **dishonor by non-response/non-performance**, does publicly and solemnly certify the dishonor as against all parties it may concern by reason of non-response/non-performance thereof and **stipulations therein.**

NOTICE  The undersigned Notary Public, certifies that on __12/27/2021 and February 03 2022__ Notice(s) of Fault were sent to the parties noted below by depositing in a depository of the United States Postal Service within the State indicated herein a sealed envelope containing said Notices(s) directed to the respective person(s) or entity(ies) at the last known corresponding address noted below:

|        NAME        |        ADDRESS        |
|--------------------|-----------------------|
| Patrick Labat      | c/o Fulton County Justice Center 185 Central Ave S.W. Atlanta GA 30303 |
| _____    | _____ |
| _____    | _____ |
| _____    | _____ |

**TESTIMONY**    In testimony of the above, I have signed my name and attached my official seal

_Ralph Gourdine_
Notary Public

My commission expires: 10/22/202

Date 2/17/2022

RALGH GOURDINE, Notary Public

---

## CERTIFICATION OF DUE PRESENTMENT OF NOTICE UNDER NOTARY SEAL

**Date of Presentment:**

**Notice Presented Under Seal:**

1. 1st Mailings: Notice of claim and INJUNCTION was sent By Jonah Addis Certified Mail to Previous Sheriff Theodore Jackson 1st notice was sent **certified mail verified by proof of receipt by US POST OFFICE 7016 1970 0001 0609 7086** was sent September 17th 2017, 2nd notice was sent November 2nd 2017:7016 2070 0000 2843 7263 NOD third and final notice was sent and signed **on or around 11/30/2017: 7017 2400 0000 3036 6311.**

A follow up mailing sent on February 17th 2022 Registered mail RE199884364US was To **Sheriff Patrick Labat** included in the mailing: Notice of Claim, INJUNCTION Explanatory Statement, Sheriffs Oath of Office and National ID for JONAH ADDIS Aka Yunis Adon El a Moor aboriginal americas national.

**Notary's Certification:**

The above-noted parties were presented notice under notary seal that certification of non-performance within (3) days of postmark would comprise their acceptance of the above-indicated liability.

16

## CERTIFICATE OF ADMINISTRATIVE JUDGMENT

STATE OF GEORGIA  )
                ) ss
COUNTY OF FULTON )

**PRESENTMENT**    Be it known, that, the person signing below, a duly empowered Notary Public, at the request

of Ralph Gourdine                              In care of
addis Jonah burton, Yunis Adon El Trust
Claimant                                                                    Address

did duly present on 02-16-2022 _____ the attached NOTICE OF DEFAULT IN DISHONOR, CONSENT TO JUDGMENT dated 02-16-22

to

PATRICK LABAT d/b/a SHERIFF PATRICK
FULTON COUNTY JUSTICE CENTER 185 CENTRAL AVE S.W. ATLANTA GA 30303

Respondent(s)

signed by   addis, jonah burton _____   requesting    Consent to administrative judgment

a reasonable time having elapsed for a seasonable response thereto.

**JUDGMENT**    Whereupon, the Notary Public signing below, for the reason consent by non-response, does publicly and solemnly certify the consent of all parties it may concern by reason of non-response thereof and stipulations therein.

**TESTIMONY**    In testimony of the above, I have signed my name and attached my official seal

_Ralph Gourdine_
Notary Public

My commission expires: 10/22/2022
Date 2/17/2022

Ralph Gourdine, Notary Public

"EXHIBIT
JM
END"

17

  *IVESTI SATION REQUIRED* (handwritten)

*1877 Georgia Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION I. Par. XIX. The civil authority shall be superior to the military*

Notice of Special Restricted Appearance : Jonah Burton Holmes Beneficial Owner 1st Lien Holder of ADDIS JONAH BURTON Estate d/b/a  JONAH BURTON ADDIS©®™

JONAH BURTON HOLMES, )
)
PLAINTIFFS, )
)
v )
)
ALL PUBLIC OFFICER(S) OFFICIAL(S) )  Case No.:CV07182022
THEIR SUCCESSOR(S) AND ASSIGN(S), )  AE Drivers License 056991721 (handwritten)
individually and in his or her individual )
capacity, SPENCER R MOORE, GEORGIA )  → Cancellation:
DEPARTMENT OF DRIVER SERVICES, )  → False ID
DEFENDANTS. )  → Improper Figuerach Incorrect notha File (handwritten)

(handwritten in right margin: E X H I B I T  J2")

## AFFIDAVIT OF CANCELLATION OF DRIVERS LICENSE FOR

## PLAIN ERROR USING THE NAME JONAH BURTON ADDIS

## WITH INCORRECT INFORMATION.

### AFFIDAVIT OF FACTS

I, Holmes, Jonah Burton, at the age of majority, in propria persona sui juris, being of sound mind, good moral character, having firsthand knowledge of the foregoing facts hereby, without any mental reservation or purpose of evasion, bare witness, state and declare that;

1.  I am begotten a "Moor", of the race nationality of a people called Moor, outside the geo-graphical boundaries of the United States, on September 20th 1973 upon the soil of the Ohio Republic, and as an infant minor child; being legally disabled to contract, was entered under

AFFIDAVIT   NOTICE OF ESTOPPEL AND INJUNCTION   1

Scanned with CamScanner

assumptions presumptions coercion and fraud into contracts with the United States and consequently issued the certificate of birth title, with a social security number that does not match my legal name and has alleged me to be an alleged fourteenth amendment citizen of the United States "Without My Consent", as (duly notified to the U.S. Secretary of State, Exhibit A); and After further review the Social Security number is in a name JONAH BURTON ADDIS that is not my legal name nor was my name ever changed to this name. As you can see the name is incorrect on the license and there is a social security number that doesn't not match the license as a result I'm am being misidentified as someone I am not. I never had a has a Social security number in the name on my brith certificate JONAH BURTON HOLMES and this license should have never been been issued to me. Without the proper checks and balances.

2. I, having been duly sworn, declare that it is my intention to be and remain a Moor, Americas Aboriginal free inhabitant Ohioan, "but not a citizen of the United States"; and

3. Addis, Jonah Burton is only a trade name not the lawful or legal name. Jonah Addis is the lawful Trade Name of Jonah Burton Holmes Express Trust. If you check into your data base you will see that the Application, Birth certificate had a name Jonah Burton Holmes which was inconsistent with the social security number JONAH BURTON ADDIS with two different names without any proof of name change. JONAH BURTON ADDIS is a TRADE NAME Any possession and/or use by Defendants is Prohibited; and

4. All Defendants in this matter never received lawful permission to possess and/or use the trade name Jonah Burton Addis; and

5. The licensee; Jonah Burton Addis , was never entitled to be issued the issuance of the license #056991721 or any license every issued in that name. Jonah Burton Addis. Is an error and incorrect.

AFFIDAVIT  NOTICE OF ESTOPPEL AND INJUNCTION  2

Scanned with CamScanner

## MATERIAL FACT(S) GIVING RISE TO CONSTITUTIONAL CHALLENGE

The Defendants issuance of license 056991721 to Jonah Burton Addis, caused the following injuries:

### COUNT ONE

### DEPRIVATION OF RELIGIOUS FREEDOM

**Violation of the 1877 Georgia Constitution Article I Declaration of Rights Section I PAR III**

**PAR IV**

Pursuant to 42 U.S.C. § 1983

(Against Defendant(s) for lawful and/or Equitable Relief)

6. The Defendant's issuance of license 056991721 to Jonah Burton Addis, shocked and interfered with the religious conscience of the Plaintiff, and deprived him of his religious freedom to worship his God through his religious observance and practice pursuant to the ESV Bible, Philippians 3:20, which states:

*"But our citizenship is in heaven, and from it we await a Savior"*

### WHEREFORE JONAH BURTON HOLMES DEMAND THE FOLLOWING

ALL PHOTOS IMAGES, in the incorrect name JONAH ADDIS be permanently destroyed, deleted out of your system as it is false information. The Georgia Drivers License be cancelled for plain Error. Its a misrepresentation having the wrong name on the Birth Certificate with a name that does not match the social security card without any proof. The Social security number ending in 1740 does not belong to me.

*1. That all U.S. Citizens, Corporate Officer(s), Public Officer(s) Official(s), their Successor(s) and Assign(s), individually and in his or her official capacity, ABIDE BY*

AFFIDAVIT    NOTICE OF ESTOPPEL AND INJUNCTION    3

Scanned with CamScanner

3

**YOUR OATH (or AFFIRMATION) OF OFFICE and/or Contractual Constitutional Oblig-ations** pursuant to the;

**AND TAKE FURTHER NOTICE THAT** THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence, you have 72 hrs. to answer, then this contract is law. The License is being returned to you via registered mail to destroy and remove out of your system. It is a plain error and its causing confusion because of the different names associated with it. That are not me. Furthermore I have been victim of identity theft and I cannot use this name as its being misrepresented in the public.

July __4X__, 2022 _____

UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107

State of Georgia    )

                    )ss.

County of _____  )

I have hereunto set my hand and seal of office On this, _____ 4th _____ Day of ___JULY___, 2022 Notary Public



ANITRA FOUST
Notary Public
State of Ohio
My Comm. Expires
October 21, 2022

Jonah Burton Holmes, registered Owner
Of ADDIS JONAH BURTON corp. sole
Dba JONAH BURTON ADDIS TRADE NAME NOT REAL NAME
c/o [2683 MEADOWLAWN DR SE MARIETTA , GA 30067-6635

Man Ian Amacs

C/o Jonah Burton Holms Not Agent
3873 Lake Sachem way

Atlanta GA [30354 ]

**AFFIDAVIT   NOTICE OF ESTOPPEL AND INJUNCTION   4**

Scanned with CamScanner

4

Georgia Department of
Drives Smvrics.

Mail to:
post office Box 80447
Conyers, GA 30013

Holmes Jonah Burton registered Owner
c/o [1244] Hwy 138 SW #1002 Riverdale , GA  30296

## CERTIFICATE OF SERVICE

UCC 1-103.6, UCC 1-308, UCC 1-301, UCC
1-307

Holmes Jonah Burton registered Owner

of ADDIS JONAH BURTON corp. sole

Dba JONAH BURTON ADDIS LLC

c/oJonah Burton ADDIS LLC registered Owner

c/o [1244] Hwy 138 SW #1002 Riverdale , GA  30296

**AFFIDAVIT   NOTICE OF ESTOPPEL AND INJUNCTION   5**

Scanned with CamScanner

5

## AFFIDAVIT OF NOTARY'S PRESENTMENT
### CERTIFICATION OF MAILING  To Georgia Department of Driver Services

State of  OH                  )

                                       ) ss.

County of                   )

Be it known that I, Aritra Foust, a duly empowered Notary Public, in and for the STATE OF Ohio, COUNTY OF **Cuyahoga** _, a third party and not a party to the matter, for the sole purpose of certifying a response or want thereof, at the request of  **Jonah Burton Holmes** . Jonah a man did present on this 17th Day of  July, 2022.

It is hereby certified that on the date noted below that the undersigned Notary Public Mailed to:

> Recipient Name:Department Of Driver Services Attn: Commissioner Spencer R Moore
> Recipient address: Georgia Department Of Driver Services
> Recipient City, State Zip: Conyers GA 30013
> Certified mail return receipt number:
> Mailed 07/19/2022. Rescission of Signature to Driver's License for Jonah Addis
> Cut up and destroyed license of Jonah Addis
> Affidavit of Cancellation of Drivers License for plain Error Using the Name Jonah Burton Addis With Incorrect Birth certificate and information.

> 7021 1970 0000 5459 8989

Hereinafter, "Recipient", the document and sundry papers which include the following: Please to Case Take Judicial Notice of the Documents below.

> **1. Rescission of Signature to Driver's License for Jonah Addis**
> **2. Cut up and destroyed license of Jonah Addis**
> **3. Affidavit of Cancellation of Drivers License for plain Error Using the Name Jonah Burton Addis With Incorrect Birth certificate and information.**

1.

Scanned with CamScanner

6

# JURAT OF OATH

State of OHIO            )

                        ) ss

County of CUYAHOGA )

Before me _Anita Foust_ , a duly sworn Notary Public in the County of _Cuyahoga_ in the State of _Ohio_ and a THIRD PARTY to this cause, witnessed **Josephine Cook,** known to me to be the person subscribed in the foregoing instrument. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Given under my hand and seal of office this _14th_ day of _July_ 20_22_

Mailed/Hand Delivered:

Seal:

_____
Signature of Notary Public

ANITRA FOUST
Notary Public
State of Ohio
My Comm. Expires
October 21, 2022

Scanned with CamScanner

| Form **COL** | **Violation Warning**<br>**Denial of Rights Under Color of Law**<br><br>☐ Violation Warning—[18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. | |
|---|---|---|
| Name and c/o address of injured party<br><br>Holmes, Jonah Burton DBA JONAH BURTON ADDIS.<br><br>c/o 3873 LAKE<br>SANCTUARY<br>WAY. ATLANTA<br>GEORGIA [30349]<br>Without the United States | **Secretary Of State Brad Raffensperger Public Notice To All Public Officials Notice** | |

Injured party's statement:

I reserve all rights and demand that the above mentioned Recipient TAKE NOTICE: 1877 CONSTITUTION OF THE STATE OF GEORGIA ARTICLE 1 BILL OF RIGHTS SECTION IV.

Laws of a general nature shall have uniform operation through the State, and no special law shall be enacted in any case for which provision has been made by an existing general law.  No law affecting private rights, shall be varied in any particular case, by special legislation, except with free consent, in writing go all persons to be affected thereby; and no person under legal disability to contract, is capable of such consent.

I certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.
**Injured party's signature** _____

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a person under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

**[18 USC §242]** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States
... shall be fined under this title or imprisoned not more than one year, or both.
**[18 USC §245]** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.
**[42 USC §1983]** provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to  be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Notice of Service:
I Jonah Burton Holmes DBA Jonah Burton Addis certify that I personally delivered this notice to above named recipient and address on  04-08-2023
at_____5:00~_____.

Privacy Form COL(01) ~ Without the United States